WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel K. Barr,<br><br>                  Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>                  Respondents. | No. CV-14-08060-PCT-GMS (ESW)<br><br>**ORDER** |

The Court has reviewed Petitioner's "Notice of Non-Service of Document Upon Petitioner (Re: Docket No. 81)" (Doc. 85).  Petitioner states that he did not receive Doc. 81, which is referenced in the Court's December 22, 2015 Order (Doc. 83 at 12, 15). Doc. 81 contains Exhibits B-ZZ to Respondents' Answer (Doc. 34) that Respondents electronically filed in accordance with the Court's December 17, 2014 Order (Doc. 80). The certificate of service in Respondents' Answer (Doc. 34 at 215) indicates that on April 2, 2015, Respondents served the Answer on Petitioner by mail.

A party cannot request relief from the Court through the filing of a "Notice."  *See* Rules Governing § 2254 Cases, Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules."); Rule 7(b)(1), Fed. R. Civ. P. ("A request for a court order must be made by motion.").  Accordingly,

**IT IS ORDERED** taking no action on Petitioner's "Notice of Non-Service of Document Upon Petitioner (Re: Docket No. 81)" (Doc. 85).

Dated this 13th day of January, 2016.

_____
Eileen S. Willett
United States Magistrate Judge