# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel K. Barr,<br><br>    Petitioner,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>    Respondents. | No. CV-14-08060-PCT-GMS<br><br>**ORDER** |

Pending before the Court are three Motions to Supplement, (Docs. 162, 166, 167), a Report and Recommendation ("R&R"), (Doc. 123), and a Motion to Dismiss Habeas Petition as moot, (Doc. 169), for Petitioner Joel K. Barr, ADC #180015.

Respondents informed the Court that Joel K. Barr, ADC #180015, was transported to Chandler Regional Hospital on March 28, 2018 and died on April 2, 2018. (Doc. 169; Appendix A–B). The death of a habeas petitioner renders his petition moot. *Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005). Accordingly,

**IT IS HEREBY ORDERED:**

1. The Motion to Dismiss Habeas Petition as Moot (Doc. 169) is granted.

2. The R&R and the Motions to Supplement (Docs. 123, 162, 166, 167) are moot and the Clerk of the Court is directed to terminate this action.

Dated this 28th day of June, 2018.

_____
Honorable G. Murray Snow
United States District Judge